IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-354 |
| | ) | |
| ROBERT CORNELIUS JOHNSON | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 13rd day of April, 2009, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. It is FURTHER ORDERED that said Motion shall remain sealed until further Order of Court.

Gary L. Lancaster
United States District Judge