IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 08-354 |
| | ) | |
| ROBERT CORNELIUS JOHNSON | ) | |

ORDER

AND NOW, to wit, this 31st day of May, 2011, the within motion is granted, and it is hereby ORDERED that the Indictment filed at Criminal No. 08-354 be and the same is hereby dismissed.

_____
United States District Judge

cc: All Counsel of Record